# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT MILLER | ) | Case No. 1:25-mj-250 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 9, 2025_____ in the county of _____Hamilton_____ in the _____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U. S. C. § 875(c) | Interstate threat to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Heidi Ann Fuller.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Heidi Ann Fuller, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____September 13, 2025_____

_____
*Judge's signature*

City and state: _____Chattanooga, Tennessee_____

Christopher Steger
*Printed name and title*
U.S. Magistrate Judge

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:25-mj- 250 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE STEGER |
| ROBERT MILLER | ) | |

## AFFIDAVIT IN SUPPORT
## OF A CRIMINAL COMPLAINT

1. I, Heidi Ann Fuller, being first duly sworn, hereby depose and state as follows:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2020. I am currently assigned to the FBI's Chattanooga Resident Agency ("Chattanooga RA"). In this capacity, I am charged with investigating possible violations of federal criminal law. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on criminal cases. At the start of my employment, I received training on how to conduct criminal investigations at the FBI Academy in Quantico, Virginia. I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants, seizures, and the identification and collection of evidence. During my time in law enforcement, I have gained training and field experience in a variety of investigative and legal matters, including violations of federal law associated with threats and violent crimes, to include matters involving threats transmitted in interstate commerce. I am a law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by the Attorney General to carry a firearm, execute warrants, make arrests for offenses against the United States, and to perform other duties authorized by law.

3. As further described below, this affidavit is made in support of a criminal complaint against Robert Miller, date of birth April 14, 1975, for violations of Title 18, United States Code, Section 875(c) (interstate threat to injure the person of another).

4. The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, and investigative reports and documents. This affidavit is intended to set forth probable cause in support of a criminal complaint and does not purport to set forth all my knowledge regarding the investigation.

5. On September 9, 2025, the Islamic Society of Greater Chattanooga (ISGC) received an email from "Robert" at a Gmail account that contained his initials, stating "I'm going to kill all of you, Hail Satan." ISGC received the threatening email at their official email. ISGC is a Muslim community center where community members pray, attend school, and participate in extracurricular activities and events. ISGC reported the threat via email and text message to the FBI on the morning of September 10, 2025.

6. Google LLC is a company headquartered in Mountain View, California, that provides Gmail email services. Emails sent using Gmail are routed through Google's servers, which are located in multiple states across the United States. Accordingly, the above-described email message was transmitted in interstate commerce.

7. An emergency disclosure request to Google revealed the last Internet Protocol (IP) address utilized by Miller's email was 68.169.158.8, which was geolocated to Chattanooga, Tennessee and linked to an EPB internet service provider. EPB advised the IP address was attributed to The Brew and Cue, a bar located at 5017 Rossville Boulevard, Chattanooga, Tennessee.

2

8. On September 10, 2025, The Brew and Cue bartenders were interviewed regarding the IP address usage by the Gmail account. The bartenders advised Robert Miller lived upstairs above The Brew and Cue bar, and Miller exclusively used the bar's WiFi for his phone and Internet usage. In addition, the bartenders advised Miller had a history of writing hateful and volatile messages and posts online including one instance in 2022 in which he threatened to rape and kill a woman on Facebook.

9. On September 12, 2025, Agents and a Chattanooga Police Department (CPD) Officer went to Miller's residence at 5017 Rossville Boulevard, Apartment B, Chattanooga, Tennessee. The CPD Officer utilized his body-worn camera device during the interaction. Miller told law enforcement he did write the threatening email to ISGC.

10. After Miller was confronted by law enforcement, he wrote an email to the ISGC stating "You are stupid, send the FBI after me, they didn't do anything but walk away, fuck you" from Miller's same Gmail account.

11. Based on the foregoing, I assert there is probable cause to show that Miller was the individual who transmitted the threatening communication via email and in doing so committed a violation of Title 18, United States Code (USC) Section 875(c).

Respectfully submitted,

Heidi Ann Fuller
Special Agent
Federal Bureau of Investigation

3

Subscribed and sworn to before me on September 13, 2025.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE

4