FILED

SEP 23 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA

v.

ROBERT WILLIAM MILLER

Case No. 1:25-cr-__163__

Judge $CEA$

Magistrate Judge $MJD$

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
**18 U.S.C. § 875(c)**
**Transmission of Threats via Interstate Commerce**

On or about September 9, 2025, in the Eastern District of Tennessee, the defendant, ROBERT WILLIAM MILLER, did knowingly and willfully transmit in interstate commerce a communication, that is, an e-mail message via a service provider headquartered in the state of California, to an institutional organization, whose name is known to the Grand Jury, and the communication contained a threat to injure the person of another, specifically, a threat to kill the victim organization's members, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

███████████████████

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

Kyle J. Wilson
Assistant United States Attorney